IN THE SUPREME COURT OF TEXAS

 No. 09-0403

 IN RE UNITED SCAFFOLDING, INC.

 On Petition for Writ of Mandamus

ORDERED:

 1. Relator's motion for emergency stay, filed June 23, 2009, is
granted. All trial court proceedings in Cause No. E-177,607, styled James
and Lisa Levine v. United Scaffolding, Inc., individually and d/b/a United
Scaffolding of America and Robert Travis III, in the 172nd District Court
of Jefferson County, Texas, are stayed pending further order of this Court.
 2. The petition for writ of mandamus remains pending before this
Court.

 Done at the City of Austin, this June 29, 2009.
 [pic]
 Blake A. Hawthorne, Clerk
 Supreme Court of Texas

 By Claudia Jenks, Chief Deputy Clerk